UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

_____

In Re:

Randall Edward Gregor and
Laurie Ann Gregor

       Debtor(s).                                                 Bky. No. 18-31349
_____

Nolan McNally, a minor child, by his parents,
Crystal McNally and Brendan McNally; and
Crystal McNally and Brendan McNall, individually,

       Plaintiff.
  v.                                                    Adv. No. 18-3098

Laurie Ann Gregor,

       Defendant.
_____

## JUDGMENT
_____

This proceeding came before the Court, and a decision or Order for judgment was duly rendered, William J. Fisher, United States Bankruptcy Judge, presiding.

    IT IS HEREBY ORDERED AND ADJUDGED:

    1. The Plaintiffs' continuation of Scott County, Minnesota civil action No. 70-CV- 18-7784, and any other related actions filed naming Laurie Ann Gregor as a defendant, does not violate the discharge injunction under bankruptcy code section 524 in Defendant's bankruptcy case.

    2. Any judgment obtained in such actions may not be enforced as a personal liability against Defendant or Defendant's property.

Dated: __January 28, 2019_____            Lori Vosepjka
                                                                  United States Bankruptcy Court Clerk

                                                                    By: __Kristin Neff_____
                                                                         Deputy Clerk